## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **APOTEX INC.,**<br><br>     Plaintiff,<br><br>          v.<br><br>**FOOD AND DRUG ADMINISTRATION,** et al.,<br><br>     Defendants. | Civil Action No.  05-0125 (JDB) |

## ORDER

Upon consideration of plaintiff's motion for summary judgment, defendants' cross-motion for summary judgment, the memoranda of the parties, the entire record herein, and for the reasons stated in the accompanying Memorandum Opinion issued on this date, it is hereby

**ORDERED** that plaintiff's motion for summary judgment is **DENIED**; it is further

**ORDERED** that defendants' motion for summary judgment is **GRANTED**; and it is further

**ORDERED** that judgment shall be entered in favor of defendants.

               /s/      John D. Bates          
                  JOHN D. BATES
                  United States District Judge

Dated:   February 13, 2006   

*Copies to:*

Arthur Y. Tsien
OLSSON, FRANK AND WEEDA, PC
1400 16th Street, NW
Suite 400

Washington, DC 20036-2220
(202) 789-1212
Fax: (202) 234-3550
Email: atsien@ofwlaw.com
William A. Rakoczy
RAKOCZY MOLINO MAZZOCHI, LLP
6 West Hubbard Street
Suite 500
Chicago, IL 60610
(312) 222-6301
Email: wrakoczy@rmmslegal.com
Christine J. Siwik
RAKOCZY MOLINO MAZZOCHI SIWIK LLP
6 West Hubbard Street
Suite 500
Chicago, IL 60610
(312) 222-6304

Maureen L. Rurka
RAKOCZY MOLINO MAZZOCHI SIWIK LLP
6 West Hubbard Street
Suite 500
Chicago, IL 60610
(312) 222-6346
Patricia Eggleston Pahl
OLSSON, FRANK & WEEDA, P.C.
1400 16th Street, NW
Washington, DC 20036-2220
(202) 518-6317
Fax: (202) 234-3537
Email: tpahl@ofwlaw.com
   *Counsel for plaintiff*

Andrew E. Clark
US DEPARTMENT OF JUSTICE
OFFICE OF CONSUMER LITIGATION
P.O. Box 386
Washington, DC 20044
(202) 307-0067
Fax: (202) 514-8742
Email: andrew.clark@usdoj.gov
   *Counsel for defendant*s